AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

FILED ___ LODGED ___ ENTERED
RECEIVED

for the

Western District of Washington

OCT 23 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

Facebook account,  ID number 100002599842950

)
)
)
)
)
)

Case No.  MJ18-489

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Facebook account  ID number 100002599842950, as further described in Attachment A, attached hereto and incorporated herein by reference

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B, attached hereto and incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841 and 846 | Drug trafficking and conspiracy |

The application is based on these facts:
See attached affidavit of DEA SA Geoffrey Provenzale, attached hereto and incorporated by reference herein

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
GEOFFREY PROVENZALE
*Applicant's signature*

Special Agent, Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct 23, 2018

_____
*Judge's signature*

City and state:  Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF GEOFFREY PROVENZALE**

STATE OF WASHINGTON )
) ss
COUNTY OF KING )

I, Geoffrey Provenzale, a Special Agent with the Drug Enforcement
Administration, having been duly sworn, state as follows:

## I.  INTRODUCTION AND AGENT BACKGROUND

1.  I am employed as a Special Agent (SA) with the United States Drug
Enforcement Administration (DEA), and have been so employed since April 2015.  I
am currently assigned to the Seattle Field Division.  In this capacity, I investigate
violations of the Controlled Substance Act, Title 21, United States Code, Section 801 et
seq., and related offenses.  I have received specialized training in the enforcement and
investigation of the Controlled Substance Act.  I have received over 620 hours of
classroom training including but not limited to, drug identification, drug interdiction,
detection, money laundering techniques and schemes, smuggling, and the investigation
of individuals and/or organizations involved in the illegal possession, possession for
sale, sales, importation, smuggling, cultivation, manufacturing and illicit trafficking of
controlled substances.

2.  In my role as a Special Agent for the Drug Enforcement Administration, I
have negotiated for and purchased narcotics acting in an undercover capacity.  I have
participated in narcotics investigations (i.e. heroin, fentanyl, cocaine, marijuana, and
methamphetamine) which have resulted in the arrest of individuals and the seizure of
illicit narcotics and/or narcotic-related evidence and the forfeiture of narcotics related
assets.  I have been involved in the service of search warrants as part of these
investigations.  As a result of my experience in serving these search warrants, I have
encountered and have become familiar with various tools, methods, trends,
paraphernalia and related articles utilized by various traffickers in their efforts to import,

1   conceal, and distribute controlled substances.  I am also familiar with the various

2   methods of packaging, delivering, transferring, and laundering drug proceeds.

3   Additionally, through my training and experience, I can identify illegal drugs by sight,

4   odor, and texture.

5        3.      I have written affidavits in support of court authorized federal warrants and

6   orders in the Western District of Washington for TIII interceptions, GPS tracking of

7   telephones, search warrants, and tracking of vehicles.  Additionally, I have testified in

8   grand jury proceedings, written investigative reports, and conducted and participated in

9   numerous interviews of drug traffickers, of various roles within drug organizations,

10  which has provided me with a greater understanding of the methods by which Mexico

11  based drug trafficking organizations operate.

## II.      PURPOSE OF AFFIDAVIT

### Search Warrant for Facebook Account

14       4.      I am investigating drug trafficking and related offenses, including

15  violations of Title 21, United States Code, Sections 841 and 846.  This affidavit is made

16  in support of an application for a search warrant for information associated with the

17  following Facebook user name and ID number:

18       a.      "Azaeel Medina," with the Facebook ID number 100002599842950,

19  and URL: https://www.facebook.com/jesusoctavio.rodriguezpayan1

20  (hereinafter, "**the target Facebook account**"), that is stored at a premises owned,

21  maintained, controlled, or operated by Facebook, a social networking company

22  headquartered in Menlo Park, California.  The information to be searched and seized is

23  described in the following paragraphs and in Attachment A, attached hereto and

24  incorporated herein.  This affidavit is made in support of an application for a search

25  warrant under Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A) and

26  2703(c)(1)(A) to require Facebook to disclose to the government records and other

27  information in its possession, more thoroughly described in Attachment B, attached

28

AFFIDAVIT OF SA PROVENZALE - 2
FACEBOOK/USAO#2018R01221

1  hereto and incorporated herein, pertaining to the subscriber or customer associated with

2  the Facebook account.  As set forth below, there is probable cause to believe that the

3  information sought would provide evidence of violations of Title 21, United States Code,

4  Sections 841 and 846, as well as contraband or fruits of crime, property designed or

5  intended for use in crime, and the location of a person to be arrested.

6      5.     Because this affidavit is being submitted for the limited purpose of

7  obtaining a search warrant for the Facebook account referenced above, I have not

8  included every fact known to me concerning this investigation.  Rather, I have set forth

9  only the facts that I believe are necessary for a fair determination of probable cause and

10  to show that there is probable cause to issue the requested warrant.

11                  **III.    SOURCES OF INFORMATION**

12      6.     I have obtained the facts set forth in this affidavit through my personal

13  participation in the investigation described below; from oral and written reports of other

14  law enforcement officers; and from records, documents and other evidence obtained

15  during this investigation.  I have obtained and read official reports prepared by law

16  enforcement officers participating in this investigation and in other investigations by the

17  DEA.  When I refer to registration records for vehicles, I am relying on records

18  obtained from the Washington State Department of Licensing (DOL).  Insofar as I have

19  included event times in this affidavit, those event times are approximate.

20                  **IV.    SUMMARY OF PROBABLE CAUSE**

21           **The 2017 T-III Investigation into Jesus RODRIGUEZ-PAYAN**

22      7.     During 2017, the DEA investigated a drug trafficking organization (DTO)

23  that was operating in the Western District of Washington, which distributed narcotics,

24  including heroin and crystal methamphetamine.  Investigators believe Francisco Ruelas-

25  Payan and Jesus RODRIGUEZ-PAYAN (a/k/a "Tavito Rodriguez") were

26  leaders/members of the aforementioned DTO.  Both have been indicted in this District as

27  a result of this investigation for conspiracy to distribute controlled substances.  Ruelas-

28

AFFIDAVIT OF SA PROVENZALE - 3
FACEBOOK/USAO#2018R01221

1   Payan was charged in case number CR17-229JLR, arrested on September 26, 2017, and

2   later pled guilty to Conspiracy to Distribute Controlled Substances, Conspiracy to

3   Commit Money Laundering, and Illegal Alien in Possession of a Firearm.  Ruelas-Payan

4   was sentenced to 180 months in federal prison and 5 years supervised release.

5   RODRIGUEZ-PAYAN was indicted in case number CR17-233RAJ, is currently a

6   federal fugitive and is believed to have travelled to Mexico prior to Ruelas-Payan's

7   arrest.

8          8.      Prior to Ruelas-Payan's arrest, on May 11, 2017, United States District

9   Judge James L. Robart, Western District of Washington, signed an order authorizing the

10   interception of the wire communications to and from (425) 595-8394 (TT6), which was

11   utilized by Ruelas-Payan.  On May 19, 2017, United States District Judge Richard A.

12   Jones, Western District of Washington, signed an order authorizing the interception of the

13   electronic communications to and from TT6.  The interception, for both wire and

14   electronic communications of TT6, was terminated on June 9, 2017.  On June 13, 2017,

15   Judge Jones signed an order authorizing the continued wire interception of TT6, in

16   addition to four other phones we believe were being utilized by the DTO. Two of the

17   additional phones (425-268-9252-TT8 and 360-660-0971-TT13) were utilized by

18   RODRIGUEZ-PAYAN.  The wire authorization for the phones expired on July 12, 2017.

19          9.      On September 26, 2017, DEA conducted a multi-agency "take down" of

20   this investigation.  Ruelas-Payan was arrested with a firearm and charged in this

21   investigation as stated above.  To date, this investigation has yielded 23 individuals being

22   federally indicted, 17 arrests, and the seizure of over 40 pounds of heroin, 10 pounds of

23   methamphetamine, 24 firearms, two vehicles, and approximately $260,777.  All

24   seventeen arrested defendants have pled guilty to numerous federal narcotics and/or

25   weapon violations.    RODRIGUEZ-PAYAN's whereabouts could not be confirmed prior

26   to the DEA "takedown."  As a result, he was declared a fugitive and, based on subsequent

27   intelligence obtained, he is believed to be in Mexico.

28

AFFIDAVIT OF SA PROVENZALE - 4
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

10.     During the course of this investigation, I have observed RODRIGUEZ-PAYAN multiple times on surveillance.  During November 2016, RODRIGUEZ-PAYAN arranged (over telephone) a controlled purchase of cocaine with a DEA confidential source (CS1)[1].  DEA has also intercepted RODRIGUEZ-PAYAN over TT6, TT8, and TT13 discussing various narcotics transactions.

11.     For example, on May 24, 2017, TT8 was called by TT6.  This call was translated from Spanish to English by a Spanish-speaking contractor working for the DEA as a TIII monitor.  During the call, Ruelas-Payan inquired, "And what price would you sell me a piece of water for?"  RODRIGUEZ-PAYAN stated, "I have no idea for that shit."  RODRIGUEZ-PAYAN then continued, "for that shit, I have no idea.  Take it all!"  Ruelas-Payan then stated, "I wouldn't be able to take it out, it's slow!"  RODRIGUEZ-PAYAN then stated, "Tell me how much" and continued, "I'll have to measure it, I have no idea, I will let you know."  Ruelas-Payan then stated, "Honestly, I the, the, the, half I get it at one thousand eight hundred."  RODRIGUEZ-PAYAN stated later that he would inquire with a friend about the price and let Ruelas-Payan know the cost.  Based on my training and experience, "water" is a common slang term narcotics trafficker's use for crystal methamphetamine.  I believe this entire conversation was referencing a methamphetamine transaction.

12.     We verified the individual we were intercepting was in fact RODRIGUEZ-PAYAN by having a CS – whom I will refer to  CS2 -- who knew RODRIGUEZ-PAYAN place a recorded phone call to TT8 (prior to the wire

---

[1] During this controlled purchase, RODRIGUEZ-PAYAN sent Ruelas-Payan to deliver the cocaine to CS1. CS1 is a paid DEA informant.  An NCIC check revealed CS1 had an arrest history including DUI from more than 15 years ago; an illegal entry/false document charge from more than 10 years ago, and a conviction for misdemeanor harassment/domestic violence, also from more than 10 years ago.  DEA Seattle Agents and SPD Detectives have used CS1 to make controlled purchases of narcotics and arrange for other narcotics related activity, to include the shipment of drugs and/or money in the past.  Assistance provided by CS1 has led to the acquisition of search warrants and led to the seizure of narcotics and U.S. Currency.

AFFIDAVIT OF SA PROVENZALE - 5
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

1   authorization) and confirm the male he/she spoke to was who he/she knew to be

2   RODRIGUEZ-PAYAN.[2]  I later had a wire communications monitor, who is fluent in

3   Spanish, listen to the recorded call over TT8 with CS2, and compare to the interceptions

4   of TT8 while it was in communication with TT6.  The monitor stated that they believed

5   the male utilizing TT8 was the same individual during both calls.  The monitors also

6   confirmed the user of TT8 and TT13 was the same individual.  In addition, during this

7   investigation, multiple phones were seized from various co-conspirators of

8   RODRIGUEZ-PAYAN.  TT8 was listed as a contact number in one of these phones as

9   "2017 Tavito NEW," RODRIGUEZ-PAYAN's known nickname is "Tavito" as stated

10  above.  TT13 was listed as a contact number in one of these phones as "Rodriguz,"

11  RODRIGUEZ-PAYAN's shortened surname.

12          13.    I also believe that RODRIGUEZ-PAYAN lived in and operated a "stash

13  house" while in Western Washington.  During this investigation, we had a GPS location

14  tracking authorization for TT8, which "pinged" in the area of 6003 St. Albion Way,

15  Mountlake Terrace, Washington, overnight most nights that TT8 was in the Western

16  District of Washington during the tracking period.  RODRIGUEZ-PAYAN is believed to

17  have departed the Western District of Washington for Mexico on or about August 5,

18  2017.  After that date, vehicles used by members of the DTO continued to travel to

19  RODRIGUEZ-PAYAN's former apartment complex.

20  _____

21  [2] CS2 was previously a Seattle Police Department (SPD) Confidential Source who (at the time)
22  was providing information for sentencing considerations on a state drug offense.  He/she has
    since been deactivated and is currently in state prison.  An NCIC check revealed CS2 has
23  multiple felony and misdemeanor convictions, which include felony convictions for controlled-
    substance violations and firearms violations (including possession of a stolen firearm) from
24  before 2010.  CS2 also has misdemeanor convictions for assault and a domestic-violence court-
    order violation from before 2005.  Finally, CS2 has misdemeanor convictions for driving
25  violations, including for driving under the influence, and associated violations from before 2007.
26  CS2 also has had driver's license status violations from before 2010.  CS2 was arrested for a
    drug violation, after being signed up as a SPD confidential source, and was deactivated.  He/she
27  continued to act as a Source of Information for SPD, providing information on a voluntary basis
28  only, before being sent to state prison.

AFFIDAVIT OF SA PROVENZALE - 6
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

14.     On September 26, 2017, during "takedown" operations, DEA executed a search warrant at 6003 St. Albion Way, Apartment H206, Mountlake Terrace, Washington.  During a search of the residence, investigators located approximately 10 pounds of heroin.  Jose De La Cruz-Rodriguez, who had been observed with RODRIGUEZ-PAYAN during the investigation, was present at the location and arrested. During a post arrest interview, De La Cruz-Rodriguez stated, in summary that he had been living at the apartment for approximately four months.  De La Cruz-Rodriguez was shown a picture of RODRIGUEZ-PAYAN and Carlos Sepulveda-Ayala[3] and he confirmed he had been living with both of them at the apartment. De La Cruz-Rodriguez stated RODRIGUEZ-PAYAN and Sepulveda-Ayala were currently in Mexico visiting family but the narcotics seized had been sent by the DTO and he (De La Cruz-Rodriguez) had been directed to pick them up by Sepulveda-Ayala.

15.     I believe RODRIGUEZ-PAYAN has continued to send narcotics to Western Washington from Mexico since the DEA "takedown."  During May 2018, we arrested an individual previously observed with RODRIGUEZ-PAYAN while RODRIGUEZ-PAYAN was still in Western Washington.  This individual was in possession of multiple pounds of heroin and crystal methamphetamine during his/her arrest.  This individual has since cooperated with investigators while in custody (the cooperating defendant or CD1)[4].

16.     CD1 has stated to investigators that some of the narcotics seized during his/her arrest (during May 2018) were sent by RODRIGUEZ-PAYAN from Mexico.

---

[3] Sepulveda-Ayala is also a federal fugitive in this investigation.  Prior to departure for Mexico, Sepulveda-Ayala was also living at the "stash house" with both De La Cruz-Rodriguez and RODRIGUEZ-PAYAN.

[4] CD1 is currently charged with possession of controlled substances with intent to distribute and is providing information in the hope of receiving consideration on said charges.  An NCIC check for CD1 revealed that CD1 has a criminal history that includes a conviction from before 2002 for a state narcotics manufacture/delivery/possession charge and alien inadmissibility from before 2010.

AFFIDAVIT OF SA PROVENZALE - 7
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

1  CD1 identified RODRIGUEZ-PAYAN from a photograph provided by

2  investigators.  CD1 stated that RODRIGUEZ-PAYAN used to sell him/her

3  approximately 1 kilogram of heroin about once a month for about "6-8 months."  CD1

4  continued that this took place prior to RODRIGUEZ-PAYAN departing for Mexico

5  during summer 2017.  CD1 also stated that after RODRIGUEZ-PAYAN went to Mexico,

6  RODRIGUEZ-PAYAN would "send me people."  CD1 clarified that RODRIGUEZ-

7  PAYAN would tell CD1 that someone was "coming up" to the Washington area with

8  narcotics and CD1 would go and pick the narcotics up.  CD1 stated he/she paid

9  approximately $28,000 per kilogram of heroin.  CD1 later stated that he/she purchased

10 methamphetamine for $3,000 per pound.  Based on CD1's information, as well as my

11 knowledge of narcotics trafficking, I believe RODRIGUEZ-PAYAN is still involved in

12 narcotics trafficking and a search warrant executed on **the target email account** will lead

13 to evidence of additional co-conspirators in Western Washington and elsewhere in

14 addition to helping investigators locate RODRIGUEZ-PAYAN in Mexico.

15 **Information regarding the target Facebook account**

16     17.     During this investigation, many of the targets were found to have Facebook

17 accounts.  We located a Facebook page for "Fran Ruelas-Payan" which was believed to

18 be utilized by Ruelas-Payan as several photos on the page were of the individual we

19 know as Ruelas-Payan.  There also were several videos posted on the page of Ruelas-

20 Payan and co-conspirators filming the road while travelling long distances in what

21 appears to be a Nissan Sentra Ruelas-Payan drove during this investigation.  Some of

22 these trips have been corroborated by investigators, via comparison to electronic tracking

23 devices utilized on Ruelas-Payan's phone and vehicles; to be on the way to suspected

24 narcotics transactions.  During one of the videos, Ruelas-Payan points out a red pick-up

25 truck and shouts out his window in Spanish "good-bye pig!"  Based on my training and

26 experience I know the term "pig" is a derogatory term for a police officer.

27

28

AFFIDAVIT OF SA PROVENZALE - 8
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

18.    One of my co-workers drove a red pickup truck during this investigation. While the aforementioned truck in the video was not my co-worker's, it looks similar in appearance to one my co-worker drove.  The aforementioned video demonstrates that Ruelas-Payan was aware, at the time, that law enforcement may have been watching him.  Despite all the information displayed on the profile page, no illegal activity is displayed on the videos.  This is an example of content that was displayed for public viewing on Ruelas-Payan's Facebook page.  I was not able to view private content associated with Ruelas-Payan's Facebook page as I am not "friends" with him on Facebook.

19.    While I cite the above example as it relates to Ruelas-Payan, RODRIGUEZ-PAYAN appears to be much more careful about posting any activity on his Facebook page: **the target Facebook account.**  During this investigation, we located **the target Facebook account.**  Originally, **the target Facebook account** was subscribed to "Tavito Rodriguez," RODRIGUEZ-PAYAN's known nickname.  Multiple photos of RODRIGUEZ-PAYAN are available on the page, however no criminal or asset information has been displayed.  While multiple photos are displayed for public viewing, during the investigation a new photo was "posted" for public viewing about every 1 to 2 months.

20.    No photos have been posted for public viewing on **the target Facebook account** since August 4, 2017.  I believe, after DEA arrested multiple associates of RODRIGUEZ-PAYAN during September 2017, RODRIGUEZ-PAYAN became more cautious and stopped posting any photos on his Facebook account so as to not let law enforcement learn any possible clues about his location or activities.  In addition, around this timeframe, RODRIGUEZ-PAYAN changed the "profile name" on the account to "Azaeel Medina."  I believe this was in an effort to thwart law enforcement for searching for RODRIGUEZ-PAYAN by simply entering his known nickname in the Facebook "search bar."  In addition I have observed that a photo, (posted on September 30, 2018)

AFFIDAVIT OF SA PROVENZALE - 9
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-380

1   on the Facebook profile page of "Carlos Leon" (a "friend" of **the target Facebook**

2   **account**) was "liked" by **the target Facebook account**. I believe this indicates the

3   **target Facebook** account has recently been utilized by RODRIGUEZ-PAYAN.

4      21.   I believe the Facebook page is still utilized by RODRIGUEZ-PAYAN as

5   close associates of his (including the suspected mother of his child) are still "friends"

6   with **the target Facebook account**. Many of these associates, who are still "friends"

7   with **the target Facebook account** were indicted and convicted in this investigation[5],

8   however suspected family members of RODRIGUEZ-PAYAN, whose profiles have

9   been updated with photos recently publicly, still are "friends" with **the target Facebook**

10  **account** as well.

11     22.   For example, according to information received from the U.S. Department

12  of State, regarding RODRIGUEZ-PAYAN's Visa application/information,

13  RODRGUEZ-PAYAN'S mother's name is "Silvia Payan-Leyva." A check of the

14  "friends" of **the target Facebook account** reveal **the target Facebook account** is

15  "friends" with "Vanycel Leyva." This account was also changed from the name "Silvia

16  Payan Leyva" around the time of the DEA takedown of this investigation. The URL

17  still includes the name "Silvia Payan Leyva" in it. There are various public photos on

18  the Facebook page of RODRIGUEZ-PAYAN with what appears to be his parents and

19  siblings. I believe this account is the Facebook page of RODRIGUEZ-PAYAN's

20  mother. This account was last updated publically on May 2, 2018, and is still "friends"

21  with **the target Facebook account.** No other "friends" of this account appear to be a

22  new account for RODRIGUEZ-PAYAN.

23     23.   In addition, **the target Facebook account** is also "friends" with an account

24  named "Gp Rodriguez." This account appears to be the account utilized by the

25  suspected mother of RODRIGUEZ-PAYAN's child. The child on the account's photos

26  _____

27  [5] These individuals include Jorge Ulloa-Sarmiento (Facebook profile name of "Jorge Ulloa"),

28  and Ruelas-Payan (Facebook profile name of "Fran Ruelas Payan") among others.

AFFIDAVIT OF SA PROVENZALE - 10
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

1   appears to be the same child that RODRIGUEZ-PAYAN has photos of on **the target**

2   **Facebook account.**  In addition, I have observed photos of the female on the "Gp

3   Rodriguez" account and RODRIGUEZ-PAYAN together.  Those photos have since

4   been removed from public viewing, again I believe as a result of the DEA takedown in

5   Western Washington.  This account was last updated publically on September 23, 2018,

6   and is still "friends" with **the target Facebook account.**  No other "friends" of this

7   account appear to be a new account for RODRIGUEZ-PAYAN.  Based on the above

8   two examples, in addition to multiple other examples not cited, I believe **the target**

9   **Facebook account** is still active and being utilized by RODRIGUEZ-PAYAN.

10       24.    RODRIGUEZ-PAYAN has been more cautious in this investigation than

11   other targets.  This cautiousness has extended to his reluctance to put his name and/or

12   identifying information on nearly any documents.  It took me multiple months to fully

13   identify RODRIGUEZ-PAYAN even once I was aware of his nickname and **the target**

14   **Facebook account.**  He was eventually identified through documents he was forced to

15   put his real name on, such as airline tickets and Department of State information.

16       25.    In addition, none of the apartments RODRIGUEZ-PAYAN was found to

17   reside at during this investigation had leases in his name.  Close associates would put

18   their name on the lease for him, but RODRIGUEZ-PAYAN would in fact live in the

19   apartment.  This also was the case with vehicles utilized by RODRIGUEZ-PAYAN.

20   Based on my training and experience, traffickers will avoid putting their actual name on

21   leases and vehicles in an effort to thwart law enforcement.

22       26.    Because of RODRIGUEZ-PAYAN being as cautious as he has

23   demonstrated during this investigation, even more so now that he is a fugitive, I believe

24   he has kept **the target Facebook account** private in an effort to evade law enforcement

25   he believes may be watching him.  Other members of this DTO have utilized Facebook

26   to communicate with each other or posted videos publically of their activities so their

27

28

AFFIDAVIT OF SA PROVENZALE - 11
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

1   friends can view it.  I believe RODRIGUEZ-PAYAN is likely doing the same thing, but

2   that we have been unable to view it due to his account being "private."

3       27.   Based on my training and experience, traffickers will utilize Facebook and

4   its messaging service "Facebook Messenger" to communicate with each other as well as

5   to facilitate their narcotics trafficking activities.  At times, even when investigators are

6   intercepting phone conversations with targets, we will not get all of the communications

7   of the target due to the target's use of email and third party applications such as

8   "WhatsApp" and/or Facebook.

9       28.   In addition, RODRIGUEZ-PAYAN is a federal fugitive believed to be in

10  Mexico.  Facebook retains Internet Protocol ("IP") logs for a given user ID or IP

11  address.  These logs may contain information about the actions taken by the user ID or

12  IP address on Facebook, including information about the type of action, the date and

13  time of the action, and the user ID and IP address associated with the action.  For

14  example, if a user views a Facebook profile, that user's IP log would reflect the fact that

15  the user viewed the profile, and would show when and from what IP address the user did

16  so.  By following up on the IP address information, an investigator may be able to

17  determine the physical location that the Facebook user was at when he or she accessed

18  Facebook via the Internet.  This information will be particularly useful for potential

19  future extradition operations.

20      **V.    BACKGROUND KNOWLEDGE OF FACEBOOK**

21      29.   Facebook owns and operates a free access social networking website of the

22  same name that can be accessed at http://www.facebook.com.  Facebook allows its users

23  to establish accounts with Facebook, and users can then use their accounts to share

24  written news, photographs, videos, and other information with other Facebook users, and

25  sometimes with the general public.

26      30.   Facebook asks users to provide basic contact and personal identifying

27  information to Facebook, either during the registration process or thereafter.  This

28

AFFIDAVIT OF SA PROVENZALE - 12
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

1  information may include the user's full name, birth date, gender, contact e-mail
2  addresses, Facebook passwords, Facebook security questions and answers (for password
3  retrieval), physical address (including city, state, and zip code), telephone numbers,
4  screen names, websites, and other personal identifiers.  Facebook also assigns a user
5  identification number to each account.

6      31.    Facebook users may join one or more groups or networks to connect and
7  interact with other users who are members of the same group or network.  A Facebook
8  user can also connect directly with individual Facebook users by sending each user a
9  "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two
10  users will become "Friends" for purposes of Facebook and can exchange
11  communications or view information about each other.  Each Facebook user's account
12  includes a list of that user's "Friends" and a "News Feed," which highlights information
13  about the user's "Friends," such as profile changes, upcoming events, and birthdays.

14      32.    Facebook users can select different levels of privacy for the
15  communications and information associated with their Facebook accounts.  By adjusting
16  these privacy settings, a Facebook user can make information available only to himself or
17  herself, to particular Facebook users, or to anyone with access to the Internet, including
18  people who are not Facebook users.  A Facebook user can also create "lists" of Facebook
19  friends to facilitate the application of these privacy settings.  Facebook accounts also
20  include other account settings that users can adjust to control, for example, the types of
21  notifications they receive from Facebook.

22      33.    Facebook users can create profiles that include photographs, lists of
23  personal interests, and other information.  Facebook users can also post "status" updates
24  about their whereabouts and actions, as well as links to videos, photographs, articles, and
25  other items available elsewhere on the Internet.  Facebook users can also post information
26  about upcoming "events," such as social occasions, by listing the event's time, location,
27  host, and guest list.  In addition, Facebook users can "check in" to particular locations or

28

AFFIDAVIT OF SA PROVENZALE - 13
FACEBOOK/USAO#2018R01221

add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

34.     Facebook has a Photos application, where users can upload an unlimited number of albums and photos. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that have not been deleted and other items.

35.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a "Chat" feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

36.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

37.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third party (i.e., non Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

38.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

AFFIDAVIT OF SA PROVENZALE - 14
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-380

39.    Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

40.    Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

41.    The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

42.    Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

43.    In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

44.    Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification

AFFIDAVIT OF SA PROVENZALE - 15
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

1   numbers; future and past event postings; rejected "Friend" requests; comments; gifts;

2   pokes; tags; and information about the user's access and use of Facebook applications.

3       45.    Social networking providers like Facebook typically retain additional

4   information about their users' accounts, such as information about the length of service

5   (including start date), the types of service utilized, and the means and source of any

6   payments associated with the service (including any credit card or bank account number).

7   In some cases, Facebook users may communicate directly with Facebook about issues

8   relating to their accounts, such as technical problems, billing inquiries, or complaints

9   from other users.  Social networking providers like Facebook typically retain records

10   about such communications, including records of contacts between the user and the

11   provider's support services, as well as records of any actions taken by the provider or

12   user as a result of the communications.

13       46.    Therefore, the computers of Facebook are likely to contain all the material

14   described above, including stored electronic communications and information concerning

15   subscribers and their use of Facebook, such as account access information, transaction

16   information, and other account information.

17                 **VI.   PAST EFFORTS TO OBTAIN THIS EVIDENCE**

18       47.    This evidence has not been previously available to me or other agents.

19   **VII.  PROTOCOL FOR SORTING SEIZABLE ELECTRONICALLY**

20                 **STORED INFORMATION**

21       48.    In order to ensure that agents are limited in their search only to the account

22   specifically sought; in order to protect the privacy interests of other third parties who

23   have accounts at Facebook (the "Provider"); and in order to minimize disruptions to

24   normal business operations of the Provider; this application seeks authorization to permit

25   agents and employees of the Provider to assist in the execution of the warrants, as

26   follows: (See: Title 18, United States Code, Section 2703(g)).

27

28

AFFIDAVIT OF SA PROVENZALE - 16
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

49.     The search warrants will be presented to the Provider, with direction that they identify and isolate the account and associated records described in Section I of Attachment B.

50.     The Provider will also be directed to create an exact duplicate in electronic form of the account and records specified in Section I of Attachment B.

51.     The Provider shall then provide exact digital copies of the content of the subject account, as well as all other records associated with the account, to me, or to any other agent of the DEA.  Once the digital copies have been received from the Provider, that copy will, in turn, be forensically imaged and only that image will be reviewed and analyzed to identify communications and other data subject to seizure pursuant to Section II of Attachment B.  The original digital copies will be sealed and maintained to establish authenticity, if necessary.

52.     I, and/or other agents of the DEA will thereafter review the forensic images, and identify from among that content those items that come within the items identified in Section II to Attachment B, for seizure.  I, and/or other agents of the DEA will then copy those items identified for seizure to separate media for future use in the investigation and prosecution.  The forensic copy of the complete content of the account will also then be sealed and retained by the DEA, and will not be unsealed absent authorization of a Magistrate Judge of this Court, except for the purpose of duplication of the entire image in order to provide it, as discovery, to a charged defendant.

53.     Analyzing the data contained in the forensic image may require special technical skills, equipment, and software.  It could also be very time-consuming.  Searching by keywords, for example, can yield thousands of "hits," each of which must then be reviewed in context by the examiner to determine whether the data is within the scope of the warrant.   Merely finding a relevant "hit" does not end the review process.  Keywords used originally need to be modified continuously, based on interim results.  Certain file formats, moreover, do not lend themselves to keyword searches, as keywords

AFFIDAVIT OF SA PROVENZALE - 17
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-380

1   search text, and many common electronic mail, database, and spreadsheet applications,

2   do not store data as searchable text.  The data is saved, instead, in proprietary non-text

3   format.  And, as the volume of storage allotted by service providers increases, the time it

4   takes to properly analyze recovered data increases, as well.  Consistent with the

5   foregoing, searching the recovered data for the information subject to seizure pursuant to

6   this warrant may require a range of data analysis techniques and may take weeks or even

7   months.

8        54.    Based upon my experience and training, and the experience and training of

9   other agents with whom I have communicated, it is necessary to review and seize all

10  material that identify any users of the subject account and any material that provides

11  context to the incriminating communications.

12       55.    All forensic analysis of the image data will employ only those search

13  protocols and methodologies reasonably designed to identify and seize the items

14  identified in Section II of Attachment B to the warrant.

15       56.    Records and files that could otherwise be obtained by subpoena shall

16  remain available, in their entirety, to investigating agents and prosecutors for the duration

17  of the investigation and prosecution.  These include the name and address of the

18  subscriber to or customer of the service; local and long distance telephone connection

19  records; records of session times and durations; length of service and types of services

20  utilized; telephone or instrument number or other subscriber number or identity,

21  including any temporarily assigned network address; and means and source of payment,

22  including any credit card and bank account numbers.

23       57.    If in the course of their efforts to identify and segregate evidence of the

24  items specified in Section II to Attachment B, law enforcement agents or analysts

25  discover items outside of the scope of the warrant that are evidence of other crimes, that

26  data/evidence will not be used in any way unless it is first presented to a Magistrate Judge

27  of this District and a new warrant is obtained to seize that data, and/or to search for other

28

AFFIDAVIT OF SA PROVENZALE - 18
FACEBOOK/USAO#2018R01221

1  evidence related to it.  In the event a new warrant is authorized, the government may

2  make use of the data then seized in any lawful manner.

### VIII.   REQUEST FOR NON-DISCLOSURE AND SEALING

4       58.     The government requests, pursuant to the preclusion of notice provisions of

5  Title 18, United States Code, Section 2705(b), that the Provider be ordered not to notify

6  any person (including the subscriber or customer to which the materials relate) of the

7  existence of this warrant for such period as the Court deems appropriate.  The

8  government submits that such an order is justified because notification of the existence of

9  this Order would seriously jeopardize the ongoing investigation.  Such a disclosure would

10  give the subscriber an opportunity to destroy evidence, change patterns of behavior,

11  notify confederates, or flee or continue his flight from prosecution.

12       59.     It is further respectfully requested that this Court issue an order sealing,

13  until further order of the Court, all papers submitted in support of this application,

14  including the application and search warrant.  This is an ongoing investigation, and the

15  targets do not know the details of what investigators have learned and what evidence has

16  been gathered.  Premature disclosure of the contents of this affidavit and related

17  documents may have a significant and negative impact on the continuing investigation

18  and may severely jeopardize its effectiveness by resulting in the flight of targets, the

19  destruction of evidence, or the intimidation or influencing of witnesses.

### IX.   CONCLUSION

21       60.     Based on the forgoing, I request that the Court issue the proposed search

22  warrant.  This Court has jurisdiction to issue the requested warrant because it is "a court

23  of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a),

24  (b)(1)(A) & (c)(1)(A).  Pursuant to 18 U.S.C. § 2703(g), the presence of a law

25

26

27

28

AFFIDAVIT OF SA PROVENZALE - 19
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

1    enforcement officer is not required for the service or execution of this warrant.

2

3

4

5    GEOFFREY PROVENZALE, Affiant
     Special Agent, DEA

6

7

8    SUBSCRIBED AND SWORN before me this ___23___ day of October, 2018

9

10

11   HON. MARY ALICE THEILER
     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF SA PROVENZALE - 20
FACEBOOK/USAO#2018R01221

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT A

## Property to Be Searched

1. This warrant applies to information associated with the following Facebook user ID numbers: 100002599842950; and/or URL:https://www.facebook.com/jesusoctavio.rodriguezpayan1; that is stored at a premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Menlo Park, California.

AFFIDAVIT OF SA PROVENZALE - 21
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-380

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT B

## Particular Things to be Seized

I.      <u>Information to be disclosed by Facebook</u>

       To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

       (a)     All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

       (b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

       (c)     All Photoprints;

       (d)     All Neoprints, including profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

       (e)     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending Friend requests;

       (f)     All check-ins and other location information;

AFFIDAVIT OF SA PROVENZALE - 22
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON 98402
(253) 428-380

1    (g)    All IP logs, including all records of the IP addresses that logged into the

2  account;

3    (h)    All records of the account's usage of the "like" feature, including all

4  Facebook posts and all non-Facebook webpages and content that the user has liked;

5    (i)    All information about the Facebook pages that the account is or was a "fan"

6  of;

7    (j)    All past and present lists of friends created by the account;

8    (k)    All records of Facebook searches performed by the account;

9    (l)    All information about the user's access and use of Facebook Marketplace;

10    (m)    The length of service (including start date), the types of service utilized by

11  the user, and the means and source of any payments associated with the service

12  (including any credit card or bank account number);

13    (n)    All privacy settings and other account settings, including privacy settings

14  for individual Facebook posts and activities, and all records showing which Facebook

15  users have been blocked by the account; and

16    (o)    All records pertaining to communications between Facebook and any

17  person regarding the user or the user's Facebook account, including contacts with support

18  services and records of actions taken.

19  II.    Information to be seized by the government

20    All information described above in Section I that constitutes evidence, fruits or

21  instrumentalities of the crimes of Distribution of controlled substances, and conspiracy,

22  in violation of 21 U.S.C. §§ 841(a)(1) and 846; (with respect to JESUS RODRIGUEZ-

23  PAYAN); as well as all information relevant to the location of the fugitive JESUS

24  RODRIGUEZ-PAYAN, including:

25    (a)    any and all Wall Posts, private messages, status updates, chat history, friend

26  requests, postings, photographs, or any other information, records, or other material or

27

28

AFFIDAVIT OF SA PROVENZALE - 23
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-380

1   information that relates to drug trafficking, or activity related to or in furtherance of drug

2   trafficking;

3         (b)    any and all IP logs, including all records of the IP addresses that logged

4   into the account, and the dates and times such logins occurred, as well as any other

5   connection information;

6         (c)    records relating to who created, used, or communicated with the user ID,

7   including records about their identities and whereabouts;

8         (d)    financial records and information, including but not limited to money

9   transfers or wires to Mexico;

10         (f)    information identifying the names, location, or other contact information of

11   people in contact with suspected drug traffickers;

12         (g)    any information, records, or other material relevant to firearm possession of

13   trafficking by JESUS RODRIGUEZ-PAYAN; and

14         (h)    any information, records, or other material relevant to the whereabouts of

15   JESUS RODRIGUEZ-PAYAN.

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF SA PROVENZALE - 24
FACEBOOK/USAO#2018R01221

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-380