AO 93 (Rev. 11/13) Search and Seizure Warrant

\_\_\_\_\_ FILED        \_\_\_\_\_ ENTERED
\_\_\_\_\_ LODGED       \_\_\_\_\_ RECEIVED

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

JAN 24 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  MJ18-489
Facebook account, ID number 100002599842950 )
)
)

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Northern    District of    California
*(identify the person or describe the property to be searched and give its location)*:

Facebook account ID number 100002599842950, as further described in Attachment A, attached hereto and incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before  Nov 6, 2018  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     any U.S.M.J. of the W.D.W.A.    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_\_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  Oct 23, 2018
                       4:30 pm

_____
Judge's signature

City and state:      Seattle, Washington              Mary Alice Theiler, United States Magistrate Judge
                                                       *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ18-489 | Date and time warrant executed: 10/25/2018  10:10 AM | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : N/A | | |

Inventory of the property taken and name of any person(s) seized:

Data for Facebook Acct # 100002599842950 to include Message content from Facebook Messenger, Photos, Account info, "Friends" list, etc.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/18/2020

Executing officer's signature

Geoff Provenzale, Special Agent
*Printed name and title*